**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Zheng** <br> First name <br><br> **Heng** <br> Middle name <br><br> **Zheng** <br> Last name <br><br> _____ <br> Suffix (Sr., Jr, II, III) | **Yue** <br> First name <br><br> **Xi** <br> Middle name <br><br> **Dong** <br> Last name <br><br> _____ <br> Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name <br><br> **Sushi Gari Japanese Steak House Inc** <br> Business name (if applicable) <br><br> **(other) Yummy Yummy Mongolian & Sushi Inc** <br> Business name (if applicable) <br> See continuation page. | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name <br><br> _____ <br> Business name (if applicable) <br><br> _____ <br> Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **2 3 0 7** <br> OR <br> 9xx - xx - ___ ___ ___ ___ | xxx - xx - **3 8 8 1** <br> OR <br> 9xx - xx - ___ ___ ___ ___ |

| Debtor 1 | **Zheng** | **Heng** | **Zheng** |
|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**4.** **Your Employer Identification Number (EIN), if any.**

About Debtor 1:

**2 7** - **0 5 3 4 8 4 8**
EIN

**2 7** - **4 3 3 4 6 9 5**
EIN

See continuation page.

About Debtor 2 (Spouse Only in a Joint Case):

__ __ - __ __ __ __ __ __ __
EIN

__ __ - __ __ __ __ __ __ __
EIN

---

**5.** **Where you live**

**83 Chandler Rd**
Number          Street

**Huntsville, TX 77320**
City                                    State      ZIP Code

**Walker**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number          Street

P.O. Box

City                                    State      ZIP Code

If Debtor 2 lives at a different address:

Number          Street

City                                    State      ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number          Street

P.O. Box

City                                    State      ZIP Code

---

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | |
|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

<div style="background:black;color:white">**Part 2:**</div> Tell the Court About Your Bankruptcy Case

---

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | | MM / DD / YYYY | |
| | District _____ | When _____ | Case number _____ |
| | | MM / DD / YYYY | |
| | District _____ | When _____ | Case number _____ |
| | | MM / DD / YYYY | |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

| Debtor _____ | Relationship to you _____ |
|---|---|
| District _____ When _____ | Case number, if known _____ |
| MM / DD / YYYY | |
| Debtor _____ | Relationship to you _____ |
| District _____ When _____ | Case number, if known _____ |
| MM / DD / YYYY | |

---

**11. Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.

   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | |
|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**Part 3:** Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number       Street

_____

_____
City                        State          ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☑ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | | |
| Debtor 2 | **Yue** | **Xi** | **Dong** | | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | | |

**Part 4:** Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard? _____
_____
_____

If immediate attention is needed, why is it needed?
_____
_____
_____

Where is the property? _____

_____
Number    Street

_____
City                                    State    ZIP Code

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | |
|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | |
|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 6:  Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts. _____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No.  I am not filing under Chapter 7. Go to line 18.

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X  **/s/ Zheng Heng Zheng**                    X  **/s/ Yue Xi Dong**

Zheng Heng Zheng, Debtor 1                    Yue Xi Dong, Debtor 2

Executed on  **06/02/2025**                    Executed on  **06/02/2025**
     MM/ DD/ YYYY                                   MM/ DD/ YYYY

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | |
|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** /s/ Julie M. Koenig _____        Date **06/02/2025** _____
     Signature of Attorney for Debtor                                  MM / DD / YYYY

  **Julie M. Koenig** _____
  Printed name

  **Cooper & Scully, PC** _____
  Firm name

  **26310 Oak Ridge Drive 34** _____
  Number        Street

  _____

  **Spring** _____        **TX**   **77380** _____
  City                                                               State    ZIP Code

  Contact phone **(713) 236-6825** _____        Email address **Julie.Koenig@cooperscully.com** _____

  **14217300** _____        **TX** _____
  Bar number                                                         State

---

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | | |
| Debtor 2 | **Yue** | **Xi** | **Dong** | | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | | |

| **Additional Items:** Continuation Page |
| --- |

| 2. | **All other names you have used in the last 8 years (cont.)** | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| | Include your married or maiden names and any assumed, trade names and *doing business as* names. | **(other) 2301 South Mountain Residence** <br> Business name | _____ <br> Business name |
| | Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Tin Barn RV Park/Shino RV LLC** <br> Business name | _____ <br> Business name |

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| 4. | **Your Employer Identification Number (EIN), if any. (cont)** | 4 7 - 3 1 9 9 8 1 6 <br> EIN | __ __ - __ __ __ __ __ __ __ <br> EIN |
| | | 8 3 - 2 5 3 9 6 3 6 <br> EIN | __ __ - __ __ __ __ __ __ __ <br> EIN |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Zheng** | **Heng** | **Zheng** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Yue** | **Xi** | **Dong** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern** District of **Texas**

Case number

☐ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1 **FOREST HILLS - SEC 5, BLOCK 5, LOT 2**
Street address, if available, or other description

**108 Pine Valley**

**Huntsville, TX 77320**
City        State        ZIP Code

**Walker**
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☑ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Source of Value:** **Walker CAD**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?        Current value of the portion you own?
$209,100.00        $209,100.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Rental Property**

☑ Check if this is community property
(see instructions)

If you own or have more than one, list here:

Debtor  Zheng, Zheng Heng; Dong, Yue Xi                           Case number *(if known)* _____

---

**1.2   COOK W A (A-12), TRACT 59, ACRES 10.014, (CALLED TR 7), ETJ**

Street address, if available, or other description

**83 Chandler Rd**

**Huntsville, TX 77320**
City          State          ZIP Code

**Walker**
County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Source of Value:  **Walker CAD**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     **$675,000.00**

Current value of the portion you own?     **$675,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead**

☑ **Check if this is community property**
(see instructions)

---

**1.3   S539309 - Graystone Hills 09, BLOCK 1, Lot 18**

Street address, if available, or other description

**2446 W Bramlet Dr**

**Conroe, TX 77304**
City          State          ZIP Code

**Montgomery**
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Source of Value:  **MCAD**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     **$502,282.00**

Current value of the portion you own?     **$502,282.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Prior Residence**

☑ **Check if this is community property**
(see instructions)

---

**1.4   S924101 - Tin Barn 01, RES A, ACRES 6.2025**

Street address, if available, or other description

**13210 FM 2432**

**Conroe, TX 77304**
City          State          ZIP Code

**Montgomery**
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Source of Value:  **MCAD**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     **$343,216.00**

Current value of the portion you own?     **$343,216.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Rental Property**

☑ **Check if this is community property**
(see instructions)

---

Debtor  **Zheng, Zheng Heng; Dong, Yue Xi**                                    Case number *(if known)* _____

| | |
|---|---|
| 2. | Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here .............................................................. ➔ |

**$1,729,598.00**

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1   Make:        **Ford**

Model:       **F350**

Year:        **2019**

Approximate mileage:   **110000**

Other information:

> **Source of Value: JD Power**
> **VIN: 1FT8W3DT1KEG39260**

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$35,275.00                $35,275.00

If you own or have more than one, describe here:

3.2   Make:        **Toyota**

Model:       **Sienna**

Year:        **2021**

Approximate mileage:   **82000**

Other information:

> **Source of Value: JD Power**
> **VIN: 5TDZRKEC7MS034466**

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$37,225.00                $37,225.00

3.3   Make:        **Lexus**

Model:       **RX 450h**

Year:        **2022**

Approximate mileage:   **62000**

Other information:

> **Source of Value: JD Power**
> **This is daughters vehicle**
> **VIN: 2T2HGMDA3NC090438**

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$31,275.00                $31,275.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

Debtor __Zheng, Zheng Heng; Dong, Yue Xi_____    Case number *(if known)* _____

| 4.1 | Make: | **Quality** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Trailer Food Truck** | ☐ Debtor 1 only<br>☐ Debtor 2 only<br>☑ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another | | |
| | Year: | **2024** | | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | ☑ **Check if this is community property** (see instructions) | $16,000.00 | $16,000.00 |
| | | **VIN: 50ZBE202XRR04831** | | | |

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ..................................................................... ➡    | $119,775.00 |

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**

    *Examples:* Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☑ Yes. Describe. .........  | See Attached. |    $17,361.00

7.  **Electronics**

    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☑ Yes. Describe. .........  | See Attached. |    $470.00

8.  **Collectibles of value**

    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No
    ☐ Yes. Describe. .........  | |    _____

9.  **Equipment for sports and hobbies**

    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☐ No
    ☑ Yes. Describe. .........  | See Attached. |    $1,260.00

Debtor  **Zheng, Zheng Heng; Dong, Yue Xi**                                    Case number *(if known)* _____

---

10. **Firearms**

   *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

   ☐ No

   ☑ Yes. Describe. .........

   | Ruger Handgun |
   | Ruger Rifle |

   $400.00

11. **Clothes**

   *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No

   ☑ Yes. Describe. .........

   | Clothing, shoes, & accessories |

   $200.00

12. **Jewelry**

   *Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

   ☐ No

   ☑ Yes. Describe. .........

   | See Attached. |

   $6,100.00

13. **Non-farm animals**

   *Examples:*  Dogs, cats, birds, horses

   ☐ No

   ☑ Yes. Describe. .........

   | 2 Cats |
   | 2 Dogs |

   $90.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

   ☑ No

   ☐ Yes. Give specific information. .............

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................................. ➔     $25,881.00

---

**Part 4:**   Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

   *Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No

   ☑ Yes ............................................................................................................     Cash: ...................     $1,000.00

---

Debtor   **Zheng, Zheng Heng; Dong, Yue Xi** _____   Case number *(if known)* _____

---

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No

    ☑ Yes ....................   Institution name:

    | | | |
    |---|---|---|
    | 17.1. Checking account: | **Bank of America**<br>**Account Number: 3317** | **$6,372.93** |
    | 17.2. Checking account: | **Bank of America Business Account $100- Deposit holds of $10,000 and $50,000 will be available 6/6/2025**<br>**Account Number: 0646** | **$0.00** |
    | 17.3. Savings account: | **Bank of America**<br>**Account Number: 9626** | **$924.02** |
    | 17.4. Savings account: | **Bank of America**<br>**Account Number: 6611** | **$2,134.65** |
    | 17.5. Other financial account: | **First National Bank of Huntsville- $12,723.34**<br>**Account Number: 9647** | **$0.00** |
    | 17.6. Other financial account: | **Wells Fargo Bank- Business Account $18,144.35**<br>**Account Number: 8925** | **$0.00** |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No

    ☐ Yes ....................   Institution or issuer name:

    _____

    _____

    _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No

    ☑ Yes. Give specific information about them...................   Name of entity:          % of ownership:

    | | | |
    |---|---|---|
    | **Yummy Yummy Mongolian & Sushi Inc** | **100.00%** | **$400,000.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific information about them...................   Issuer name:

    _____

    _____

    _____

---

Debtor  **Zheng, Zheng Heng; Dong, Yue Xi**                                        Case number *(if known)* _____

21.  **Retirement or pension accounts**

    *Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No

    ☐ Yes. List each
        account separately.   Type of account:        Institution name:

                      401(k) or similar plan:    _____      _____

                      Pension plan:    _____      _____

                      IRA:    _____      _____

                      Retirement account:    _____      _____

                      Keogh:    _____      _____

                      Additional account:    _____      _____

                      Additional account:    _____      _____

22.  **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
              others

    ☑ No

    ☐ Yes .....................                  Institution name or individual:

                      Electric:    _____      _____

                      Gas:    _____      _____

                      Heating oil:    _____      _____

                      Security deposit on rental unit:    _____      _____

                      Prepaid rent:    _____      _____

                      Telephone:    _____      _____

                      Water:    _____      _____

                      Rented furniture:    _____      _____

                      Other:    _____      _____

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No

    ☐ Yes ...................   Issuer name and description:

                      _____      _____

                      _____      _____

Debtor  **Zheng, Zheng Heng; Dong, Yue Xi**                              Case number *(if known)*

---

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
     26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

     ☑ No

     ☐ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

     ☑ No

     ☐ Yes. Give specific
       information about them. ...

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

     *Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

     ☑ No

     ☐ Yes. Give specific
       information about them. ...

27.  **Licenses, franchises, and other general intangibles**

     *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

     ☑ No

     ☐ Yes. Give specific
       information about them. ...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28.  **Tax refunds owed to you**

     ☑ No

     ☐ Yes. Give specific information about
       them, including whether you
       already filed the returns and
       the tax years. ...................                                    Federal:

                                                                             State:

                                                                             Local:

29.  **Family support**

     *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
                 settlement

---

Debtor   **Zheng, Zheng Heng; Dong, Yue Xi**                          Case number *(if known)* _____

☑ No

☐ Yes. Give specific information. ........

| | |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........                                        _____

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company
of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| State Farm Insurance- Auto | _____ | unknown |
| State Farm Insurance- Trailer Insurance | _____ | unknown |
| Sure Insurance- Homeowners Insurance | _____ | unknown |
| Western Reserve Life Assurance Co of Ohio- $1,000,000 | Julie Ying Zheng and Isaac Hao Zheng | $0.00 |
| Western Reserve Life Assurance Co of Ohio- $500,000 | Zheng Heng Zheng | $0.00 |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........                                        _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ..............                                        _____

Debtor **Zheng, Zheng Heng; Dong, Yue Xi**                     Case number *(if known)*

---

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ☐ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ....................................................................................................................➔ | **$410,431.60** |

---

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No

    ☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

    *Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No

    ☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No

    ☐ Yes. Describe. .........

41. **Inventory**

    ☑ No

    ☐ Yes. Describe. .........

---

Debtor  **Zheng, Zheng Heng; Dong, Yue Xi**          Case number *(if known)* _____

---

42.  **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                                      % of ownership:

_____    _____    _____

_____    _____    _____

43.  **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

☐ No

☐ Yes. Describe. .........    _____    _____

44.  **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
       information .........

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
     **for Part 5. Write that number here** ...........................................................................................  ➔   | $0.00 |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---------|-------------------------------------------------------------------------------------------------|
|         | **If you own or have an interest in farmland, list it in Part 1.**                               |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.

☑ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

Debtor  **Zheng, Zheng Heng; Dong, Yue Xi**                    Case number *(if known)* _____

---

47. **Farm animals**

   *Examples:* Livestock, poultry, farm-raised fish

   ☐ No

   ☑ Yes .......................... | **12 Baby chicks** | **$50.00**

48. **Crops—either growing or harvested**

   ☑ No

   ☐ Yes. Give specific information.

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

   ☑ No

   ☐ Yes ..........................

50. **Farm and fishing supplies, chemicals, and feed**

   ☑ No

   ☐ Yes ..........................

51. **Any farm- and commercial fishing-related property you did not already list**

   ☑ No

   ☐ Yes. Give specific information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .................................................................................... ➔ | **$50.00**

---

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**

   *Examples:* Season tickets, country club membership

   ☐ No

   ☑ Yes. Give specific information. ............ | **Possible Refund from Baker & Associates** | **$16,738.00**

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................... ➔ | **$16,738.00**

---

| **Part 8:** | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ............................................................................... ➔ | **$1,729,598.00**

56. **Part 2: Total vehicles, line 5** | **$119,775.00**

57. **Part 3: Total personal and household items, line 15** | **$25,881.00**

---

Official Form 106A/B                    Schedule A/B: Property                    page **12**

Debtor   **Zheng, Zheng Heng; Dong, Yue Xi**                              Case number *(if known)*

| | | |
|---|---|---|
| 58. | **Part 4: Total financial assets, line 36** | $410,431.60 |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $50.00 |
| 61. | **Part 7: Total other property not listed, line 54** | + $16,738.00 |
| 62. | **Total personal property.** Add lines 56 through 61. ............... | $572,875.60   Copy personal property total ➡   + $572,875.60 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................................................................................... | $2,302,473.60 |

Debtor  **Zheng, Zheng Heng; Dong, Yue Xi** _____     Case number *(if known)* _____

| | Continuation Page |
|---|---|

| **6.** | **Household goods and furnishings** | |
|---|---|---|
| | 1 Coffee Maker | $10.00 |
| | 1 Coffee Table | $20.00 |
| | 1 Couch | $100.00 |
| | 1 Dining Table and Chairs | $200.00 |
| | 1 Dish Washer | $100.00 |
| | 1 Dryer | $50.00 |
| | 1 End Table | $10.00 |
| | 1 Filing Cabinet | $20.00 |
| | 1 Microwave | $10.00 |
| | 1 Refrigerator | $100.00 |
| | 1 Sewing Machine | $10.00 |
| | 1 Stove | $50.00 |
| | 1 Vacuum Cleaner | $6.00 |
| | 1 Washer | $50.00 |
| | 2 Beds | $30.00 |
| | 2 Bookcases | $20.00 |
| | 2 Chairs | $40.00 |
| | 2 Lamps | $20.00 |
| | 3 Deep Freezer/Wine Coolers | $1,000.00 |
| | 3 Night Stands | $15.00 |
| | 3 Pictures, prints and tapestries | $30.00 |
| | Bakeware | $10.00 |
| | Breakfast Table with Chairs | $200.00 |
| | Dishes | $10.00 |
| | Glassware | $10.00 |
| | Oven, Dish Washer, Microwave, Countertop Stove-items at 2446 W Bramlet Drive, Conroe, TX | $200.00 |
| | Pots and Pans | $40.00 |
| | Solar Panels- 2446 W. Bramlet Drive | $15,000.00 |

Debtor **Zheng, Zheng Heng; Dong, Yue Xi**      Case number *(if known)* _____

Continuation Page

| 7. | **Electronics** | |
|---|---|---|
| | 1 iPad | $20.00 |
| | 1 Laptop | $100.00 |
| | 1 Movie Projector | $50.00 |
| | 1 Television | $100.00 |
| | 2 Cell Phones | $100.00 |
| | Printer | $50.00 |
| | Scanner | $50.00 |
| 9. | **Equipment for sports and hobbies** | |
| | 1 Bicycle | $50.00 |
| | 1 Chain/Hand Saw | $10.00 |
| | 1 Edger/Weed Eater | $10.00 |
| | 1 Ice Chest | $10.00 |
| | 1 Indoor Fan | $10.00 |
| | 1 Leaf Blower | $10.00 |
| | 1 Massage Chair | $100.00 |
| | 1 Portable Generator | $20.00 |
| | 1 Table Saw | $50.00 |
| | 10 Hand Tools | $20.00 |
| | 2 Ladders | $50.00 |
| | 2 Outdoor Chairs | $10.00 |
| | 2 Tool Boxes | $10.00 |
| | 4 Aquariums and Equipment | $400.00 |
| | Garden Tractor/Mower | $300.00 |
| | Swimming Pool | $200.00 |
| 12. | **Jewelry** | |
| | 1 Ring | $1,000.00 |
| | 2 Watches | $5,000.00 |
| | 2 Wedding Rings | $100.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Zheng** | **Heng** | **Zheng** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Yue** | **Xi** | **Dong** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern** District of **Texas**

Case number
(if known)

☐ Check if this is an
amended filing

<u>Official Form 106C</u>

# Schedule C: The Property You Claim as Exempt
04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **COOK W A (A-12), TRACT 59, ACRES 10.014, (CALLED TR 7), ETJ**<br>**83 Chandler Rd**<br><u>**Huntsville, TX 77320**</u><br><br>Line from *Schedule A/B:* <u>**1.2**</u> | <u>**$675,000.00**</u> | ☑ <u>**$137,969.00**</u><br><br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas**<br><u>**Prop. Code §§ 41.001-.002**</u> |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own. Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2019 Ford F350** VIN: **1FT8W3DT1KEG39260** Line from *Schedule A/B*: **3.1** | $35,275.00 | ☑ $19,357.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **2021 Toyota Sienna** VIN: **5TDZRKEC7MS034466** Line from *Schedule A/B*: **3.2** | $37,225.00 | ☑ $16,270.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **2022 Lexus RX 450h** VIN: **2T2HGMDA3NC090438** **This is daughters vehicle** Line from *Schedule A/B*: **3.3** | $31,275.00 | ☑ $31,275.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **1 Filing Cabinet** Line from *Schedule A/B*: **6** | $20.00 | ☑ $20.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Dining Table and Chairs** Line from *Schedule A/B*: **6** | $200.00 | ☑ $200.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Breakfast Table with Chairs** Line from *Schedule A/B*: **6** | $200.00 | ☑ $200.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own — Copy the value from *Schedule A/B* | Amount of the exemption you claim — *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **1 Refrigerator**<br>Line from *Schedule A/B*: **6** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Stove**<br>Line from *Schedule A/B*: **6** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Microwave**<br>Line from *Schedule A/B*: **6** | **$10.00** | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Dish Washer**<br>Line from *Schedule A/B*: **6** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **3 Deep Freezer/Wine Coolers**<br>Line from *Schedule A/B*: **6** | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Coffee Maker**<br>Line from *Schedule A/B*: **6** | **$10.00** | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Washer**<br>Line from *Schedule A/B*: **6** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Dryer**<br>Line from *Schedule A/B*: **6** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Sewing Machine**<br>Line from *Schedule A/B*: **6** | **$10.00** | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own — Copy the value from *Schedule A/B* | Amount of the exemption you claim — *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **1 Vacuum Cleaner** — Line from *Schedule A/B*: **6** | $6.00 | ☑ $6.00 — ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Dishes** — Line from *Schedule A/B*: **6** | $10.00 | ☑ $10.00 — ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Pots and Pans** — Line from *Schedule A/B*: **6** | $40.00 | ☑ $40.00 — ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Bakeware** — Line from *Schedule A/B*: **6** | $10.00 | ☑ $10.00 — ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Glassware** — Line from *Schedule A/B*: **6** | $10.00 | ☑ $10.00 — ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Couch** — Line from *Schedule A/B*: **6** | $100.00 | ☑ $100.00 — ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **2 Bookcases** — Line from *Schedule A/B*: **6** | $20.00 | ☑ $20.00 — ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **2 Chairs** — Line from *Schedule A/B*: **6** | $40.00 | ☑ $40.00 — ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 End Table** — Line from *Schedule A/B*: **6** | $10.00 | ☑ $10.00 — ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Coffee Table** — Line from *Schedule A/B*: **6** | $20.00 | ☑ $20.00 — ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2 Beds**  Line from *Schedule A/B:* **6** | **$30.00** | ☑ **$30.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **3 Night Stands**  Line from *Schedule A/B:* **6** | **$15.00** | ☑ **$15.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **2 Lamps**  Line from *Schedule A/B:* **6** | **$20.00** | ☑ **$20.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **3 Pictures, prints and tapestries**  Line from *Schedule A/B:* **6** | **$30.00** | ☑ **$30.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Oven, Dish Washer, Microwave, Countertop Stove- items at 2446 W Bramlet Drive, Conroe, TX**  Line from *Schedule A/B:* **6** | **$200.00** | ☑ **$200.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Television**  Line from *Schedule A/B:* **7** | **$100.00** | ☑ **$100.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **2 Cell Phones**  Line from *Schedule A/B:* **7** | **$100.00** | ☑ **$100.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Movie Projector**  Line from *Schedule A/B:* **7** | **$50.00** | ☑ **$50.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Laptop**  Line from *Schedule A/B:* **7** | **$100.00** | ☑ **$100.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | | Case number *(if known)* |
|---|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | | |
| | First Name | Middle Name | Last Name | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **1 iPad**<br>Line from *Schedule A/B:* **7** | **$20.00** | ☑ **$20.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Scanner**<br>Line from *Schedule A/B:* **7** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Printer**<br>Line from *Schedule A/B:* **7** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Ice Chest**<br>Line from *Schedule A/B:* **9** | **$10.00** | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **1 Indoor Fan**<br>Line from *Schedule A/B:* **9** | **$10.00** | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **1 Table Saw**<br>Line from *Schedule A/B:* **9** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **1 Portable Generator**<br>Line from *Schedule A/B:* **9** | **$20.00** | ☑ **$20.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **2 Ladders**<br>Line from *Schedule A/B:* **9** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **10 Hand Tools**<br>Line from *Schedule A/B:* **9** | **$20.00** | ☑ **$20.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **2 Tool Boxes**<br>Line from *Schedule A/B:* **9** | **$10.00** | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **1 Chain/Hand Saw**<br>Line from *Schedule A/B:* **9** | $10.00 | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **Garden Tractor/Mower**<br>Line from *Schedule A/B:* **9** | $300.00 | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **1 Edger/Weed Eater**<br>Line from *Schedule A/B:* **9** | $10.00 | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **1 Leaf Blower**<br>Line from *Schedule A/B:* **9** | $10.00 | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **1 Massage Chair**<br>Line from *Schedule A/B:* **9** | $100.00 | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **4 Aquariums and Equipment**<br>Line from *Schedule A/B:* **9** | $400.00 | ☑ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **1 Bicycle**<br>Line from *Schedule A/B:* **9** | $50.00 | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **Swimming Pool**<br>Line from *Schedule A/B:* **9** | $200.00 | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **2 Outdoor Chairs**<br>Line from *Schedule A/B:* **9** | $10.00 | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **Ruger Handgun**<br>Line from *Schedule A/B:* **10** | $200.00 | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |

| Debtor 1 | Zheng | Heng | Zheng | | Case number *(if known)* |
|---|---|---|---|---|---|
| Debtor 2 | Yue | Xi | Dong | | |
| | First Name | Middle Name | Last Name | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Ruger Rifle** <br> Line from *Schedule A/B*: **10** | **$200.00** | ☑ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: **Clothing, shoes, & accessories** <br> Line from *Schedule A/B*: **11** | **$200.00** | ☑ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description: **2 Wedding Rings** <br> Line from *Schedule A/B*: **12** | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description: **1 Ring** <br> Line from *Schedule A/B*: **12** | **$1,000.00** | ☑ **$1,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description: **2 Watches** <br> Line from *Schedule A/B*: **12** | **$5,000.00** | ☑ **$5,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description: **2 Dogs** <br> Line from *Schedule A/B*: **13** | **$45.00** | ☑ **$45.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |
| Brief description: **2 Cats** <br> Line from *Schedule A/B*: **13** | **$45.00** | ☑ **$45.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |
| Brief description: **State Farm Insurance- Trailer Insurance** <br> Line from *Schedule A/B*: **31** | **unknown** | ☑ **unknown** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description: **State Farm Insurance- Auto** <br> Line from *Schedule A/B*: **31** | **unknown** | ☑ **unknown** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Sure Insurance- Homeowners Insurance**<br>Line from *Schedule A/B*: **31** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description: **Western Reserve Life Assurance Co of Ohio- $500,000**<br>Line from *Schedule A/B*: **31** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description: **Western Reserve Life Assurance Co of Ohio- $1,000,000**<br>Line from *Schedule A/B*: **31** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description: **12 Baby chicks**<br>Line from *Schedule A/B*: **47** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(10)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Zheng** | **Heng** | **Zheng** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Yue** | **Xi** | **Dong** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __**Southern**__ District of __**Texas**__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1** **BAMC Enterprises, Inc**

Creditor's Name

**4771 Sweetwater Blvd 249**

Number     Street

**Sugar Land, TX 77479**

City         State      ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:

| S924101 - Tin Barn 01, RES A, ACRES 6.2025 |
|---|
| **13210 FM 2432 Conroe, TX 77304** |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

| Column A | Column B | Column C |
|---|---|---|
| $200,000.00 | $343,216.00 | $0.00 |

Add the dollar value of your entries in Column A on this page. Write that number here: | **$200,000.00** |

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| **2.2** | **Bank of America** | Describe the property that secures the claim: | $15,918.00 | $35,275.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy**

**4909 Savarese Circle**
Number          Street

**Tampa, FL 33634**
City          State          ZIP Code

2019 Ford F350

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred     **4/1/2021**     Last 4 digits of account number     **0   7   2   5**

| **2.3** | **Cornerstone** | Describe the property that secures the claim: | $537,031.00 | $675,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Po Box 3398**
Number          Street

**Englewood, CO 80155**
City          State          ZIP Code

COOK W A (A-12), TRACT 59, ACRES 10.014, (CALLED TR 7), ETJ
83 Chandler Rd Huntsville, TX 77320

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred     **9/1/2024**     Last 4 digits of account number     **8   5   8   2**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $552,949.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | _____ |

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **2** of **6**

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.4** | **First National Bank-**

Creditor's Name

**P O Box 659**

Number         Street

**Huntsville, TX 77342-0659**

City         State         ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred   **10/1/2024**

Describe the property that secures the claim:

**2024 Quality Trailer Food Truck**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   **6  7  0  8**

Column A: **$15,043.00**  Column B: **$16,000.00**  Column C: **$0.00**

**2.5** | **George Lee**

Creditor's Name

**5353 W. Alabama 610**

Number         Street

**Houston, TX 77056**

City         State         ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred   _____

Describe the property that secures the claim:

**S539309 - Graystone Hills 09, BLOCK 1, Lot 18**
2446 W Bramlet Dr Conroe, TX 77304

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   ___ ___ ___ ___

Column A: **$200,000.00**  Column B: **$502,282.00**  Column C: **$0.00**

| | | |
|---|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$215,043.00** | |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | _____ | |

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.6**  **Select Portfolio Servicing, Inc** | Describe the property that secures the claim: | $192,453.77 | $209,100.00 | $0.00

Creditor's Name

**Attn: Bankruptcy Dept**

**FOREST HILLS - SEC 5, BLOCK 5, LOT 2**
108 Pine Valley Huntsville, TX 77320

**PO Box 65250**
Number       Street

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Salt Lake City, UT 84165**
City       State       ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number   7  1  7  8

**2.7**  **Toyota Financial Services** | Describe the property that secures the claim: | $20,955.00 | $37,225.00 | $0.00

Creditor's Name

**Attn: Bankruptcy**

**2021 Toyota Sienna**

**PO Box 259004**
Number       Street

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Plano, TX 75025-9001**
City       State       ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred   8/1/2023     Last 4 digits of account number   0  0  0  1

| Add the dollar value of your entries in Column A on this page. Write that number here: | $213,408.77 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | _____ |

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** <br> Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** <br> If any |

**2.8** **Weststar Mortgage Corp**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | Describe the property that secures the claim: | $158,367.00 | $502,282.00 | $0.00 |

Creditor's Name

**8814 Horizon Blvd Suite 100**

Number     Street

**Describe the property that secures the claim:**

> **S539309 - Graystone Hills 09, BLOCK 1, Lot 18**
> **2446 W Bramlet Dr Conroe, TX 77304**

**Albuquerque, NM 87113**

City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred     **4/1/2012**     Last 4 digits of account number     **0   3   1   8**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$158,367.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$1,339,767.77** |

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 1. | **Porter Law Firm PLLC** | On which line in Part 1 did you enter the creditor? **2.1** |
|---|---|---|
| | Name | |
| | **Weston P. Ray** | Last 4 digits of account number ___ ___ ___ ___ |
| | **2603 Augusta Drive 900** | |
| | Number          Street | |
| | **Houston, TX 77057** | |
| | City                    State          ZIP Code | |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Zheng** | **Heng** | **Zheng** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Yue** | **Xi** | **Dong** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern** District of **Texas**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | Total claim |
|---|---|

| 4.1 | **Citi Card** | Last 4 digits of account number ___ ___ ___ ___ | **$1,690.22** |

Nonpriority Creditor's Name

**PO Box 790046**

Number          Street

When was the debt incurred? _____

**Saint Louis, MO 63179**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

### 4.2 Costco Citi Card
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 6500**

Number          Street

**Sioux Falls, SD 57117**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   7   8   1   0          **$4,084.00**

When was the debt incurred?          5/17/2019

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

### 4.3 George Lee
Nonpriority Creditor's Name

**5353 W. Alabama 610**

Number          Street

**Houston, TX 77056**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___          **$1.00**

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify   _____

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page **2** of **8**

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**4.4**  **Goodleap**

Nonpriority Creditor's Name

**PO Box Box 850717**

Number          Street

**Richardson, TX 75085**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    8   3   8   6          **$78,827.52**

**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

**4.5**  **GoodLeap Llc.**

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**

**8781 Sierra College Blvd**

Number          Street

**Roseville, CA 95661**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    8   3   8   6          **$78,967.00**

**When was the debt incurred?**       3/1/2023

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

---

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | |

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

---

**4.6** **Huntsville KF LLC**

Nonpriority Creditor's Name

**2404 Blue Bonnet Blvd**

Number                    Street

**Houston, TX 77030**

City                    State                    ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___                    **$6,886.08**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business**

---

**4.7** **Synchrony Bank/Sams Club**

Nonpriority Creditor's Name

**Po Box 965060**

Number                    Street

**Orlando, FL 32896**

City                    State                    ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  4  2  0  1                    **$8,236.00**

**When was the debt incurred?**  7/1/2024

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **CreditCard**

---

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | |

**Part 2:**     **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.8** | **Synchrony Bank/Sams Club**

Nonpriority Creditor's Name

**Po Box 965060**

Number       Street

**Orlando, FL 32896**

City       State       ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **2**   **5**   **0**   **7**      **$3.00**

When was the debt incurred?     **8/29/2022**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

---

**4.9** | **Synchrony Bank/Sams Club**

Nonpriority Creditor's Name

**Po Box 965060**

Number       Street

**Orlando, FL**

City       State       ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___      **$3,465.43**

When was the debt incurred?     _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business**

---

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

| 4.10 | **Teas Crossing West Commercial, LLC** | Last 4 digits of account number ___ ___ ___ ___ | $186,174.17 |
|---|---|---|---|

Nonpriority Creditor's Name

**1900 West Loop S 1250**

Number          Street

**When was the debt incurred?**          _____

**Houston, TX 77027**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

| 4.11 | **Xudong Xu, MD** | Last 4 digits of account number ___ ___ ___ ___ | $334,669.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**9160 Bellaire Blvd E**

Number          Street

**When was the debt incurred?**          _____

**Houston, TX 77036**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Personal Loan**

| Debtor 1 | Zheng | Heng | Zheng | Case number (if known) _____ |
|---|---|---|---|---|
| Debtor 2 | Yue | Xi | Dong | |
| | First Name | Middle Name | Last Name | |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

1 | **Weycer, Kaplan, Pulaski & Zuber PC**

Name

**24 Greeway Plaza 2050**

Number        Street


**Houston, TX 77046**

City                      State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.10** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      ___ ___ ___ ___

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$0.00** |

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$703,003.42** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$703,003.42** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Zheng** | **Heng** | **Zheng** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Yue** | **Xi** | **Dong** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern** District of **Texas**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Teas Crossing West Commercial, LLC** | 3061 Interstate 45N Suite B100 |
| | Name | Conroe, TX 77304 |
| | **1900 West Loop S 1250** | |
| | Number          Street | |
| | **Houston, TX 77027** | |
| | City          State          ZIP Code | |
| 2.2 | **Teas Crossing West Commercial, LLC** | Settlement Agreement and Full Mutual Release |
| | Name | |
| | **1900 West Loop S 1250** | |
| | Number          Street | |
| | **Houston, TX 77027** | |
| | City          State          ZIP Code | |
| 2.3 | | |
| | Name | |
| | | |
| | Number          Street | |
| | | |
| | City          State          ZIP Code | |
| 2.4 | | |
| | Name | |
| | | |
| | Number          Street | |
| | | |
| | City          State          ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Zheng** | **Heng** | **Zheng** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Yue** | **Xi** | **Dong** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Southern**_____ District of _____**Texas**_____

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1.** **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☒ No
☐ Yes

**2.** **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

_____
Name of your spouse, former spouse, or legal equivalent

_____
Number            Street

_____
City                    State                        ZIP Code

**3.** **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** _____<br>Name<br><br>_____<br>Number            Street<br><br>_____<br>City            State            ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number            Street<br><br>_____<br>City            State            ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Fill in this information to identify your case:

| Debtor 1 | **Zheng** | **Heng** | **Zheng** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Yue** | **Xi** | **Dong** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern** District of **Texas**

Case number (if known): _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation** | **Owner** | |
| | Occupation may include student or homemaker, if it applies. | **Employer's name** | **Yummy Yummy Mongolian & Sushi Inc** | **Yummy Yummy Mongolian & Sushi Inc** |
| | | **Employer's address** | **3006 Hwy 30 W B**<br>Number        Street | **3006 Hwy 30 W B**<br>Number        Street |
| | | | **Huntsville, TX 77340**<br>City        State        ZIP Code | **Huntsville, TX 77340**<br>City        State        ZIP Code |
| | | **How long employed there?** | _____ | _____ |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $4,333.33 | $2,773.33 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | + $0.00 | + $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $4,333.33 | $2,773.33 |

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here..................................................................➔ 4. | **$4,333.33** | **$2,773.33** |
| 5. | **List all payroll deductions:** | | |
| | 5a. **Tax, Medicare, and Social Security deductions** 5a. | **$685.47** | **$378.93** |
| | 5b. **Mandatory contributions for retirement plans** 5b. | **$0.00** | **$0.00** |
| | 5c. **Voluntary contributions for retirement plans** 5c. | **$0.00** | **$0.00** |
| | 5d. **Required repayments of retirement fund loans** 5d. | **$0.00** | **$0.00** |
| | 5e. **Insurance** 5e. | **$0.00** | **$0.00** |
| | 5f. **Domestic support obligations** 5f. | **$0.00** | **$0.00** |
| | 5g. **Union dues** 5g. | **$0.00** | **$0.00** |
| | 5h. **Other deductions.** Specify: _____ 5h. + | **$0.00** + | **$0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. 6. | **$685.47** | **$378.93** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. | **$3,647.87** | **$2,394.41** |
| 8. | **List all other income regularly received:** | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. 8a. | **$8,000.00** | **$8,000.00** |
| | 8b. **Interest and dividends** 8b. | **$0.00** | **$0.00** |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. 8c. | **$0.00** | **$0.00** |
| | 8d. **Unemployment compensation** 8d. | **$0.00** | **$0.00** |
| | 8e. **Social Security** 8e. | **$0.00** | **$0.00** |
| | 8f. **Other government assistance that you regularly receive** | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ 8f. | **$0.00** | **$0.00** |
| | 8g. **Pension or retirement income** 8g. | **$0.00** | **$0.00** |
| | 8h. **Other monthly income.** Specify: _____ 8h. + | **$0.00** + | **$0.00** |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. 9. | **$8,000.00** | **$8,000.00** |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. 10. | **$11,647.87** + | **$10,394.41** = **$22,042.28** |

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

   Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

   Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

   Specify: _____                          11. **+** _____  **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
   Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies                   12. **$22,042.28**

   **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ☑ No.
   ☐ Yes. Explain: _____

| | | | |
|---|---|---|---|
| Debtor 1 | **Zheng** | **Heng** | **Zheng** |
| Debtor 2 | **Yue** | **Xi** | **Dong** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

---

8a. Attached Statement

## Business Income

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

1. Gross Monthly Income: **$8,000.00**

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

2. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts

   TOTAL PAYMENTS TO SECURED CREDITORS **$0.00**

3. Other Expenses

   TOTAL OTHER EXPENSES **$0.00**

4. TOTAL MONTHLY EXPENSES (Add item 2 - 21) **$0.00**

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

5. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1) **$8,000.00**

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | Case number *(if known)* |
|----------|-----------|----------|-----------|--------------------------|
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | |

8a. Attached Statement

## Business Income

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

1. Gross Monthly Income: $8,000.00

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

2. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts

   TOTAL PAYMENTS TO SECURED CREDITORS $0.00

3. Other Expenses

   TOTAL OTHER EXPENSES $0.00

4. TOTAL MONTHLY EXPENSES (Add item 2 - 21) $0.00

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

5. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1) $8,000.00

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Zheng** | **Heng** | **Zheng** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Yue** | **Xi** | **Dong** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses                                                           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

   　　☑ No

   　　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**        ☑ No

   Do not list Debtor 1 and        ☐ Yes. Fill out this information
   Debtor 2.                                  for each dependent...............

   Do not state the dependents'
   names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No.  ☐ Yes. |
| | _____ | _____ | ☐ No.  ☐ Yes. |
| | _____ | _____ | ☐ No.  ☐ Yes. |
| | _____ | _____ | ☐ No.  ☐ Yes. |
| | _____ | _____ | ☐ No.  ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | **$4,224.74** |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | **$0.00** |
| 4b. Property, homeowner's, or renter's insurance | 4b. | **$0.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | **$50.00** |
| 4d. Homeowner's association or condominium dues | 4d. | **$0.00** |

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | |
| | **Yue** | **Xi** | **Dong** | |
| Debtor 2 | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | | | **Your expenses** |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | **$1,709.23** |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$300.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | **$60.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$285.00** |
| | 6d.  Other. Specify: _____ | 6d. | **$0.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$500.00** |
| 8. | **Childcare and children's education costs** | 8. | **$0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$50.00** |
| 10. | **Personal care products and services** | 10. | **$90.00** |
| 11. | **Medical and dental expenses** | 11. | **$50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$400.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$0.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | **$940.00** |
| | 15b. Health insurance | 15b. | **$0.00** |
| | 15c. Vehicle insurance | 15c. | **$500.00** |
| | 15d. Other insurance. Specify: _____ | 15d. | **$0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | **$0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1  **2019 Ford F350** | 17a. | **$696.37** |
| | 17b. Car payments for Vehicle 2  **2021 Toyota Sienna** | 17b. | **$607.59** |
| | 17c. Other. Specify: _____ | 17c. | **$0.00** |
| | 17d. Other. Specify: _____ | 17d. | **$0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | **$0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | **$0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. | **$0.00** |
| | 20b. Real estate taxes | 20b. | **$0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | **$0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | **$0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. | **$0.00** |

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | Case number *(if known)* | |
| | First Name | Middle Name | Last Name | | |

---

21. **Other.** Specify: __2446 W Bramlet Dr, Conroe- Mortgage__          21.   +    _____   **$2,528.00**

22. **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.          22a.   _____   **$12,990.93**

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2          22b.   _____   **$0.00**

   22c. Add line 22a and 22b. The result is your monthly expenses.          22c.   _____   **$12,990.93**

23. **Calculate your monthly net income.**

   23a. Copy line 12 (your combined monthly income) from *Schedule I.*          23a.   _____   **$22,042.28**

   23b. Copy your monthly expenses from line 22c above.          23b.   −  _____   **$12,990.93**

   23c. Subtract your monthly expenses from your monthly income.
       The result is your *monthly net income.*          23c.   _____   **$9,051.35**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your
   mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.
   ☐ Yes.

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | | |
|----------|-----------|----------|-----------|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ | |

| | Amount |
|---|---|
| 6c. **Telephone, cell phone, Internet, satellite, and cable services** | |
| Internet | $60.00 |
| Cell Phones | $225.00 |
| 10. **Personal care products and services** | |
| Barber | $20.00 |
| Toiletries | $20.00 |
| Pet Food & Vet | $50.00 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><strong>Zheng</strong>    <strong>Heng</strong>    <strong>Zheng</strong></td></tr>
<tr><td></td><td>First Name    Middle Name    Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td><strong>Yue</strong>    <strong>Xi</strong>    <strong>Dong</strong></td></tr>
<tr><td></td><td>First Name    Middle Name    Last Name</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>Southern District of Texas</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

## Part 1:  Summarize Your Assets

|  | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*................................................. | **$1,729,598.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*..................................... | **$572,875.60** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*.............................................. | **$2,302,473.60** |

## Part 2:  Summarize Your Liabilities

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$1,339,767.77** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | **$0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + **$703,003.42** |
| **Your total liabilities** | **$2,042,771.19** |

## Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*......................................................... | **$22,042.28** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.............................................................. | **$12,990.93** |

| Debtor 1 | **Zheng** | **Heng** | **Zheng** |
|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

---

**Part 4:   Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   **$23,106.66**

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | **$0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | **$0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | **$0.00** |
| 9d. Student loans. (Copy line 6f.) | **$0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | **$0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+      $0.00** |
| 9g. **Total**. Add lines 9a through 9f. | **$0.00** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Zheng** | **Heng** | **Zheng** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Yue** | **Xi** | **Dong** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Zheng Heng Zheng**

Zheng Heng Zheng, Debtor 1

X **/s/ Yue Xi Dong**

Yue Xi Dong, Debtor 2

Date **06/02/2025**
MM/ DD/ YYYY

Date **06/02/2025**
MM/ DD/ YYYY

| Fill in this information to identify your case: | | |
|---|---|---|

Debtor 1     **Zheng**       **Heng**       **Zheng**
             First Name        Middle Name       Last Name

Debtor 2     **Yue**         **Xi**          **Dong**
(Spouse, if filing)
             First Name        Middle Name       Last Name

United States Bankruptcy Court for the:     **Southern District of Texas**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No

☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 |
| **2446 W. Bramlet Drive**<br>Number   Street | From **4/2012**<br>To **1/2025** | <br>Number   Street | From _____<br>To _____ |
| **Conroe, TX 77304**<br>City      State   ZIP Code | | <br>City      State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| <br>Number   Street | From _____<br>To _____ | <br>Number   Street | From _____<br>To _____ |
| <br>City      State   ZIP Code | | <br>City      State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | |
|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**Part 2:** Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | **$20,000.00** | ☑ Wages, commissions, bonuses, tips | **$12,800.00** |
| | ☑ Operating a business | **$40,000.00** | ☑ Operating a business | **$40,000.00** |
| **For last calendar year:**<br>(January 1 to December 31, **2024**   )<br>                    YYYY | ☑ Wages, commissions, bonuses, tips | **$54,000.00** | ☑ Wages, commissions, bonuses, tips | **$28,160.00** |
| | ☑ Operating a business | **Unknown** | ☑ Operating a business | **Unknown** |
| **For the calendar year before that:**<br>(January 1 to December 31, **2023**   )<br>                    YYYY | ☑ Wages, commissions, bonuses, tips | **$52,000.00** | ☑ Wages, commissions, bonuses, tips | **$33,280.00** |
| | ☑ Operating a business | **Unknown** | ☑ Operating a business | **Unknown** |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | _____ | _____ | _____ |
| **For last calendar year:**<br>(January 1 to December 31, **2024**   )<br>                    YYYY | _____ | _____ | _____ | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, **2023**   )<br>                    YYYY | _____ | _____ | _____ | _____ |

| Debtor 1 | **Zheng** | **Heng** | **Zheng** |
|----------|-----------|----------|-----------|
| Debtor 2 | **Yue** | **Xi** | **Dong** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Toyota Financial Services** <br> Creditor's Name <br> **Attn: Bankruptcy** <br> **PO Box 259004** <br> Number     Street <br> **Plano, TX 75025-9001** <br> City          State    ZIP Code | **03/07/2025** <br> **04/23/2025** | **$1,822.77** | **$20,955.00** | ☐ Mortgage <br> ☑ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| **Cornerstone** <br> Creditor's Name <br> **Po Box 3398** <br> Number     Street <br> **Englewood, CO 80155** <br> City          State    ZIP Code | **03/14/2025** <br> **04/04/2025** | **$12,674.22** | **$537,031.00** | ☑ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| **Bank of America** <br> Creditor's Name <br> **Attn: Bankruptcy** <br> **4909 Savarese Circle** <br> Number     Street <br> **Tampa, FL 33634** <br> City          State    ZIP Code | **03/18/2025** <br> **04/15/2025** | **$1,392.74** | **$15,918.00** | ☐ Mortgage <br> ☑ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |

Debtor 1    **Zheng**      **Heng**      **Zheng**
Debtor 2    **Yue**        **Xi**         **Dong**

First Name      Middle Name      Last Name            Case number *(if known)* _____

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **XudDong XU** <br> Creditor's Name <br> **9160 Bellaire Blvd E** <br> Number   Street <br> **Houston, TX 77036** <br> City   State   ZIP Code | **04/01/2025** | **$6,362.00** | | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other _____ |
| **Weststar Mortgage Corp** <br> Creditor's Name <br> **8814 Horizon Blvd Suite 100** <br> Number   Street <br> **Albuquerque, NM 87113** <br> City   State   ZIP Code | **04/1/2025** | **$3,000.00** | **$158,367.00** | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other **Rental Mortgage** |
| **Graystone Hill** <br> Creditor's Name <br> **3500 W Davis St 190** <br> Number   Street <br> **Conroe, TX 77304** <br> City   State   ZIP Code | **03/07/2025** | **$883.01** | | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other **HOA Dues on Rental Property** |
| **Select Portfolio Servicing, Inc** <br> Creditor's Name <br> **Attn: Bankruptcy Dept** <br> **PO Box 65250** <br> Number   Street <br> **Salt Lake City, UT 84165** <br> City   State   ZIP Code | **03/07/2025** <br> **04/04/2025** | **$3,418.46** | **$192,453.77** | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other **Rental Property Mortgage** |
| **George Lee** <br> Creditor's Name <br> **5353 W. Alabama 610** <br> Number   Street <br> **Houston, TX 77056** <br> City   State   ZIP Code | **03/07/2025** <br> **03/31/2025** <br> **5/2025** | **$12,000.00** | **$200,000.00** | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☑ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |

Debtor 1    **Zheng**      **Heng**      **Zheng**
            **Yue**        **Xi**        **Dong**
Debtor 2
            First Name     Middle Name   Last Name          Case number *(if known)* _____

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Transamerica** <br> Creditor's Name | **03/12/2025** | **$2,100.00** | | ☐ Mortgage |
| **6400 C Street Sw** <br> Number    Street | **4/10/2025** | | | ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment |
| **Cedar Rapids, IA 52499** <br> City          State     ZIP Code | **5/2025** | | | ☐ Suppliers or vendors <br> ☑ Other **Life Insurance** |
| **Transamerica** <br> Creditor's Name | **03/2025** | **$720.00** | | ☐ Mortgage |
| **6400 C Street Sw** <br> Number    Street | **04/2025** | | | ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment |
| **Cedar Rapids, IA 52499** <br> City          State     ZIP Code | **5/2025** | | | ☐ Suppliers or vendors <br> ☑ Other **Life Insurance** |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number    Street | | | | |
| City          State     ZIP Code | | | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| Debtor 1 | Zheng | Heng | Zheng |
|---|---|---|---|
| Debtor 2 | Yue | Xi | Dong |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

|  | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name _____ | _____ | _____ | _____ | |
| Number    Street _____ | _____ | | | |
| City        State    ZIP Code _____ | _____ | | | |

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

|  | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **Notice of Substitute Trustee's Sale**<br><br>Case number _____ | **Foreclosure** | **Montgomery County court**<br>Court Name<br>**301 N. Main Stree 103**<br>Number    Street<br>**Conroe, TX 77301**<br>City        State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title **Teas Crossing West Commercial, LLC vs. Sushi Gari Japanese Steakhouse, Inc and Zhen Heng Zheng**<br><br>Case number **202214163** | | **Harris County 129th District Court**<br>Court Name<br>**201 Caroline St 10th Floor**<br>Number    Street<br>**Houston, TX 77002**<br>City        State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title **Teas Crossing West Commercial, LLC vs. Sushi Gari Japanese Steakhouse, Inc and Zhen Heng Zheng**<br><br>Case number **2023-352276** | **Abstract of Judgment** | **Harris County 129th District Court**<br>Court Name<br>**201 Caroline St 10th Floor**<br>Number    Street<br>**Houston, TX 77002**<br>City        State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title **Teas Crossing West Commercial, LLC vs. Sushi Gari Japanese Steakhouse, Inc and Zhen Heng Zheng**<br><br>Case number **2023-205368** | **Abstract of Judgment** | **Harris County 129th District Court**<br>Court Name<br>**201 Caroline St 10th Floor**<br>Number    Street<br>**Houston, TX 77002**<br>City        State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

| Debtor 1 | Zheng | Heng | Zheng | |
|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.

☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **New Era Life Insurance Company**<br>Creditor's Name<br><br>Number     Street<br><br><br>City                    State     ZIP Code | **2301-2305 North Frazier Street, Conroe, TX 77303**<br><br>**Explain what happened**<br>☐ Property was repossessed.<br>☑ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | **12/2024** | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name<br><br>Number     Street<br><br><br>City                    State     ZIP Code | | | |

Last 4 digits of account number: XXXX– __ __ __ __

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

## Part 5:   List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

Debtor 1  **Zheng**      **Heng**        **Zheng**
          **Yue**        **Xi**          **Dong**
Debtor 2
          First Name     Middle Name     Last Name

Case number *(if known)* _____

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |
| Person to Whom You Gave the Gift | | | |
| | | | |
| | | | |
| Number    Street | | | |
| | | | |
| City            State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | |
| Charity's Name | | | |
| | | | |
| | | | |
| Number    Street | | | |
| | | | |
| City            State    ZIP Code | | | |

| Part 6: | List Certain Losses |
|---|---|

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

| Debtor 1 | Zheng | Heng | Zheng | |
|---|---|---|---|---|
| Debtor 2 | Yue | Xi | Dong | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

## Part 7:  List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Cooper & Scully, PC** <br> Person Who Was Paid | **Attorney's Fee; Court Filing Fee; Credit Report Fees; Counseling Fees** | 5/06/2025 | $15,000.00 |
| **26310 Oak Ridge Drive 34** <br> Number   Street | | 05/06/2025 | $1,738.00 |
| | | 05/06/2025 | $90.00 |
| **Spring, TX 77380** <br> City           State   ZIP Code | | 05/06/2025 | $50.00 |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Baker & Associates** <br> Person Who Was Paid | **Attorney Fees** | 02/2025 | $16,738.00 |
| **950 Echo Ln 300** <br> Number   Street | | | |
| **Houston, TX 77024** <br> City           State   ZIP Code | | | |
| **bakerassociates.net** <br> Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number   Street | | | |
| City           State   ZIP Code | | | |

| Debtor 1 | Zheng | Heng | Zheng | |
|---|---|---|---|---|
| Debtor 2 | Yue | Xi | Dong | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| _____ | | | _____ |
| Person Who Received Transfer | | | |
| _____ | | | |
| Number       Street | | | |
| _____ | | | |
| _____ | | | |
| City              State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

**Part 8:**  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

☑ Yes. Fill in the details.

Debtor 1    **Zheng        Heng            Zheng**
            **Yue          Xi              Dong**
            First Name     Middle Name     Last Name

Debtor 2

Case number *(if known)* _____

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Wells Fargo Bank**<br>Name of Financial Institution<br><br>**PO Box 6995**<br>Number    Street<br><br><br>**Portland, OR 97228**<br>City        State    ZIP Code | XXXX– 6  7  6  2 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 4/29/2025 | $3,981.34 |
| **Wells Fargo Bank**<br>Name of Financial Institution<br><br>**PO Box 6995**<br>Number    Street<br><br><br>**Portland, OR 97228**<br>City        State    ZIP Code | XXXX– 4  8  7  0 | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 04/29/2025 | $1,854.58 |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No

☑ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Bank of America**<br>Name of Financial Institution<br><br>**PO Box 25118**<br>Number    Street<br><br><br>**Tampa, FL 33622**<br>City        State    ZIP Code | _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City        State    ZIP Code | | ☐ No<br>☑ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | **Zheng** | **Heng** | | **Zheng** | |
|---|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | | **Dong** | |
| | First Name | Middle Name | | Last Name | |

Case number *(if known)* _____

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| **Name of Storage Facility** | **Name** | | ☐ Yes |
| | | | |
| **Number    Street** | **Number    Street** | | |
| | | | |
| | **City            State    ZIP Code** | | |
| **City            State    ZIP Code** | | | |

---

**Part 9:** Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | | | _____ |
| **Owner's Name** | **Number    Street** | | |
| | | | |
| **Number    Street** | **City            State    ZIP Code** | | |
| | | | |
| **City            State    ZIP Code** | | | |

---

**Part 10:** Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

Debtor 1   **Zheng       Heng          Zheng**
Debtor 2   **Yue         Xi            Dong**
           First Name    Middle Name   Last Name                    Case number *(if known)* _____

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Name of site** | **Governmental unit** | | |
| **Number    Street** | **Number    Street** | | |
| **City          State    ZIP Code** | **City          State    ZIP Code** | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Name of site** | **Governmental unit** | | |
| **Number    Street** | **Number    Street** | | |
| **City          State    ZIP Code** | **City          State    ZIP Code** | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| **Case title** | **Court Name** | | ☐ Pending |
| | | | ☐ On appeal |
| | **Number    Street** | | ☐ Concluded |
| **Case number** | **City          State    ZIP Code** | | |

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | |
|---|---|---|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**Part 11:**  Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Sushi Gari Japanese Steak House Inc | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Name | Restaurant | Do not include Social Security number or ITIN. |
| | | EIN:  2  7 – 0  5  3  4  8  4  8 |
| **3061 I-45 N 100** | Name of accountant or bookkeeper | Dates business existed |
| Number     Street | | |
| **Conroe, TX 77304** | | From  06/16/2009  To 12/31/2020 |
| City          State    ZIP Code | | |

| Yummy Yummy Mongolian & Sushi Inc | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Name | Restaurant | Do not include Social Security number or ITIN. |
| | | EIN:  2  7 – 4  3  3  4  6  9  5 |
| **3006 Hwy 30 W B** | Name of accountant or bookkeeper | Dates business existed |
| Number     Street | Wang & Company, CPA | |
| **Huntsville, TX 77340** | | From  12/21/2010  To  Present |
| City          State    ZIP Code | | |

| 2301 South Mountain Residence | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Name | | Do not include Social Security number or ITIN. |
| | | EIN:  4  7 – 3  1  9  9  8  1  6 |
| **2301 N. Frazier St** | Name of accountant or bookkeeper | Dates business existed |
| Number     Street | | |
| **Conroe, TX 77304** | | From  02/19/2015  To 12/3/2024 |
| City          State    ZIP Code | | |

| Tin Barn RV Park/Shino RV LLC | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Name | RV Park | Do not include Social Security number or ITIN. |
| | | EIN:  8  3 – 2  5  3  9  6  3  6 |
| **13210 FM 2432** | Name of accountant or bookkeeper | Dates business existed |
| Number     Street | | |
| **Willis, TX 77378** | | From  11/14/2018  To _____ |
| City          State    ZIP Code | | |

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page **14**

| Debtor 1 | Zheng | Heng | Zheng |
|---|---|---|---|
| Debtor 2 | Yue | Xi | Dong |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| _____ | _____ |
| Name | MM / DD / YYYY |
| _____ | |
| Number    Street | |
| _____ | |
| _____ | |
| City                State    ZIP Code | |

---

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.


**X  /s/ Zheng Heng Zheng**                          **X  /s/ Yue Xi Dong**
Signature of Zheng Heng Zheng, Debtor 1              Signature of Yue Xi Dong, Debtor 2

Date **06/02/2025**                                   Date **06/02/2025**


**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Texas

**In re**     Zheng, Zheng Heng

Dong, Yue Xi                                              Case No. _____

**Debtor**                                                Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ..........................................................................     **$31,878.00**

Prior to the filing of this statement I have received ...............................................................     **$16,878.00**

Balance Due ..........................................................................................................................     **$15,000.00**

2.   The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to
me for representation of the debtor(s) in this bankruptcy proceeding.

**06/02/2025**                                        **/s/ Julie M. Koenig**

*Date*                                                Julie M. Koenig
                                                      *Signature of Attorney*

                                                      Bar Number: 14217300
                                                      Cooper & Scully, PC
                                                      26310 Oak Ridge Drive 34
                                                      Spring, TX 77380
                                                      Phone: (713) 236-6825

                                                      **Cooper & Scully, PC**
                                                      *Name of law firm*

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Zheng** | **Heng** | **Zheng** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Yue** | **Xi** | **Dong** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income

12/21

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | **$4,333.33** | **$2,773.33** |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse. | $0.00 | $0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $0.00 | $0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | Debtor 2 | | | | |
|---|---|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $8,000.00 | | $8,000.00 | | | | |
| Ordinary and necessary operating expenses | − $0.00 | − | $0.00 | | | | |
| Net monthly income from a business, profession, or farm | $8,000.00 | | $8,000.00 | Copy here → | **$8,000.00** | **$8,000.00** |

6. **Net income from rental and other real property**

| | Debtor 1 | | Debtor 2 | | | | |
|---|---|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | | $0.00 | | | | |
| Ordinary and necessary operating expenses | − $0.00 | − | $0.00 | | | | |
| Net monthly income from rental or other real property | $0.00 | | $0.00 | Copy here → | **$0.00** | **$0.00** |

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | | |
|----------|-----------|----------|-----------|---|---|
| Debtor 2 | **Yue** | **Xi** | **Dong** | | |
| | First Name | Middle Name | Last Name | | Case number *(if known)* _____ |

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $0.00 | $0.00 |
| 8. | **Unemployment compensation** | $0.00 | $0.00 |

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: .................................................. ↓

For you.................................................................................    **$0.00**

For your spouse....................................................................    **$0.00**

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.   **$0.00**   **$0.00**

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

If necessary, list other sources on a separate page and put the total below.

_____

Total amounts from separate pages, if any.   + _____   + _____

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

   **$12,333.33** + **$10,773.33** = **$23,106.66**

**Total average<br>monthly income**

## Part 2:  Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** /s/ Zheng Heng Zheng _____   **X** /s/ Yue Xi Dong _____

   Signature of Debtor 1            Signature of Debtor 2

Date **06/02/2025** _____   Date **06/02/2025** _____

   MM/ DD/ YYYY          MM/ DD/ YYYY

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Zheng, Zheng Heng**                                          CASE NO
          **Dong, Yue Xi**

                                                                                    CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   **06/02/2025**          Signature _____**/s/ Zheng Heng Zheng**_____
                                                                          Zheng Heng Zheng, Debtor


Date   **06/02/2025**          Signature _____**/s/ Yue Xi Dong**_____
                                                                          Yue Xi Dong, Joint Debtor

Attorney General
Department of Justice
10th and Constitution Ave N.W. Rm. 400
Washington, DC 20530

ATTORNEY GENERAL
TAX DIV. - BANKRUPTCY
POB 12548
AUSTIN, TX 78711

BAMC Enterprises, Inc
4771 Sweetwater Blvd 249
Sugar Land, TX 77479

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Citi Card
PO Box 790046
Saint Louis, MO 63179

Cornerstone
Po Box 3398
Englewood, CO 80155

Costco Citi Card
Attn: Bankruptcy
PO Box 6500
Sioux Falls, SD 57117

First National Bank-
P O Box 659
Huntsville, TX 77342-0659

George Lee
5353 W. Alabama 610
Houston, TX 77056


Goodleap
PO Box Box 850717
Richardson, TX 75085


GoodLeap Llc.
Attn: Bankruptcy Department
8781 Sierra College Blvd
Roseville, CA 95661


Harris County
c/o John Dillman
PO Box3064
Houston, TX 77253-3064


HARRIS COUNTY/CITY OF
HOUSTON
C/O BANKRUPTCY DEPT
PO BOX 3064
HOUSTON, TX 77253-3064


Huntsville KF LLC
2404 Blue Bonnet Blvd
Houston, TX 77030


Internal Revenue Service
1919 Smith St. Stop 5024 HOU
Houston, TX 77002


Internal Revenue Service
Insolvency Department
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
STOP 6692 AUSC
Austin, TX 73301-0030


IRS
PO BOX 149047
AUSTIN, TX 78714


IRS
8701 S. GESSNER
HOUSTON, TX 77074


IRS
1000 Louisiana Ste. 2300
Houston, TX 77002


Porter Law Firm PLLC
Weston P. Ray
2603 Augusta Drive 900
Houston, TX 77057


SECURITIES AND EXCHANGE
COMMISSION
450 FIFTH STREET NW
WASHINGTON, DC 20549


Select Portfolio Servicing, Inc
Attn: Bankruptcy Dept
PO Box 65250
Salt Lake City, UT 84165


Synchrony Bank/Sams Club
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Sams Club
Po Box 965060
Orlando, FL

Teas Crossing West
Commercial, LLC
1900 West Loop S 1250
Houston, TX 77027

TEXAS COMPTROLLER OF
PUBLIC ACCOUNTS
111 E. 17TH STREET
AUSTIN, TX 78774-0100

Texas Workforce Commission
PO Box 149037
Austin, TX 78714-9037

Toyota Financial Services
Attn: Bankruptcy
PO Box 259004
Plano, TX 75025-9001

U.S. Attorney's Office
1000 Louisiana Ste. 2300
Houston, TX 77002

UNITED STATES TRUSTEE
515 Rusk Avenue, Ste. 3516
Houston, TX 77002

Weststar Mortgage Corp
8814 Horizon Blvd Suite 100
Albuquerque, NM 87113

Weycer, Kaplan, Pulaski &
Zuber PC
24 Greeway Plaza 2050
Houston, TX 77046


Xudong Xu, MD
9160 Bellaire Blvd E
Houston, TX 77036

<table>
<tr><td colspan="3">Fill in this information to identify your case:</td></tr>
<tr><td>Debtor 1</td><td><b>Zheng</b>     <b>Heng</b>     <b>Zheng</b></td></tr>
</table>

| Debtor 1 | **Zheng** | **Heng** | **Zheng** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Yue** | **Xi** | **Dong** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern** District of **Texas**

Case number (if known) _____

☐ Check if this is an amended filing

<u>Official Form 104</u>

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

| **Part 1:** | List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders. |
|---|---|

| | | | | Unsecured claim |
|---|---|---|---|---|

**1** | Xudong Xu, MD
Creditor's Name

**9160 Bellaire Blvd E**
Number        Street

**Houston, TX 77036**
City        State        ZIP Code

Contact

Contact phone

What is the nature of the claim?  **Personal Loan**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  _____
        Value of security:  _____
        Unsecured  _____

$334,669.00

**2** | Teas Crossing West Commercial, LLC
Creditor's Name

**1900 West Loop S 1250**
Number        Street

**Houston, TX 77027**
City        State        ZIP Code

Contact

Contact phone

What is the nature of the claim?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Value of security:  _____
        Total claim (secured and unsecured):  _____
        Unsecured  _____

$186,174.17

Debtor 1  **Zheng**          **Heng**          **Zheng**
          First Name         Middle Name       Last Name                Case number *(if known)* _____

Debtor 2  **Yue**            **Xi**            **Dong**
          First Name         Middle Name       Last Name

|  |  |  | Unsecured claim |
|---|---|---|---|

---

**3** | **GoodLeap Llc.** | What is the nature of the claim? **Unsecured** | **$78,967.00**

Creditor's Name

**Attn: Bankruptcy Department**

**8781 Sierra College Blvd**
Number          Street

**Roseville, CA 95661**
City          State          ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? **Unsecured**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____
   Value of security: _____
   Unsecured _____

---

**4** | **Goodleap** | What is the nature of the claim? | **$78,827.52**

Creditor's Name

**PO Box Box 850717**
Number          Street

**Richardson, TX 75085**
City          State          ZIP Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____
   Value of security: _____
   Unsecured _____

---

**5** | **First National Bank-** | What is the nature of the claim? | **$15,043.00**

Creditor's Name

**P O Box 659**
Number          Street

**Huntsville, TX 77342-0659**
City          State          ZIP Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☑ Yes. Total claim (secured and unsecured): **$15,043.00**
   Value of security: **$0.00**
   Unsecured **$15,043.00**

---

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | |

| | | | | Unsecured claim |
|---|---|---|---|---|

**6** **Synchrony Bank/Sams Club**

Creditor's Name

**Po Box 965060**

Number          Street

**Orlando, FL 32896**

City          State          ZIP Code

Contact

Contact phone

What is the nature of the claim?     **CreditCard**          $8,236.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

Value of security: _____

Unsecured _____

---

**7** **Huntsville KF LLC**

Creditor's Name

**2404 Blue Bonnet Blvd**

Number          Street

**Houston, TX 77030**

City          State          ZIP Code

Contact

Contact phone

What is the nature of the claim?     **Business**          $6,886.08

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

Value of security: _____

Unsecured _____

---

**8** **Costco Citi Card**

Creditor's Name

**Attn: Bankruptcy**

**PO Box 6500**

Number          Street

**Sioux Falls, SD 57117**

City          State          ZIP Code

Contact

Contact phone

What is the nature of the claim?     **CreditCard**          $4,084.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

Value of security: _____

Unsecured _____

---

**9** **Synchrony Bank/Sams Club**

Creditor's Name

**Po Box 965060**

Number          Street

**Orlando, FL**

City          State          ZIP Code

Contact

Contact phone

What is the nature of the claim?     **Business**          $3,465.43

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

Value of security: _____

Unsecured _____

---

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | |

| | | **Unsecured claim** |
|---|---|---|

**10** | **Citi Card**
Creditor's Name

**PO Box 790046**
Number          Street

**Saint Louis, MO 63179**
City          State          ZIP Code

Contact

Contact phone

**What is the nature of the claim?**   **Business**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): _____
          Value of security: _____
          Unsecured _____

**$1,690.22**

---

**11** | **Synchrony Bank/Sams Club**
Creditor's Name

**Po Box 965060**
Number          Street

**Orlando, FL 32896**
City          State          ZIP Code

Contact

Contact phone

**What is the nature of the claim?**   **CreditCard**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): _____
          Value of security: _____
          Unsecured _____

**$3.00**

---

**12** | **George Lee**
Creditor's Name

**5353 W. Alabama 610**
Number          Street

**Houston, TX 77056**
City          State          ZIP Code

Contact

Contact phone

**What is the nature of the claim?**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): _____
          Value of security: _____
          Unsecured _____

**$1.00**

---

**13** | 
Creditor's Name

Number          Street

City          State          ZIP Code

Contact

Contact phone

**What is the nature of the claim?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): _____
          Value of security: _____
          Unsecured _____

| Debtor 1 | **Zheng** | **Heng** | **Zheng** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Yue** | **Xi** | **Dong** | |
| | First Name | Middle Name | Last Name | |

|  | Unsecured claim |
|---|---|

---

**14**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes. Total claim (secured and unsecured): _____

    Value of security: _____

    Unsecured _____

_____

---

**15**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes. Total claim (secured and unsecured): _____

    Value of security: _____

    Unsecured _____

_____

---

**16**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes. Total claim (secured and unsecured): _____

    Value of security: _____

    Unsecured _____

_____

---

**17**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes. Total claim (secured and unsecured): _____

    Value of security: _____

    Unsecured _____

_____

---

Debtor 1   **Zheng**         **Heng**              **Zheng**
            First Name        Middle Name           Last Name          Case number *(if known)* _____

Debtor 2   **Yue**          **Xi**                **Dong**
            First Name        Middle Name           Last Name

| | Unsecured claim |
|---|---|

**18** | Creditor's Name _____

**What is the nature of the claim?** _____

_____

**As of the date you file, the claim is:** Check all that apply.

Number     Street

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

_____
City         State        ZIP Code

**Does the creditor have a lien on your property?**

Contact _____

☐ No
☐ Yes. Total claim (secured and unsecured): _____

Contact phone _____

Value of security: _____

Unsecured _____

**19** | Creditor's Name _____

**What is the nature of the claim?** _____

_____

**As of the date you file, the claim is:** Check all that apply.

Number     Street

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

_____
City         State        ZIP Code

**Does the creditor have a lien on your property?**

Contact _____

☐ No
☐ Yes. Total claim (secured and unsecured): _____

Contact phone _____

Value of security: _____

Unsecured _____

**20** | Creditor's Name _____

**What is the nature of the claim?** _____

_____

**As of the date you file, the claim is:** Check all that apply.

Number     Street

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

_____
City         State        ZIP Code

**Does the creditor have a lien on your property?**

Contact _____

☐ No
☐ Yes. Total claim (secured and unsecured): _____

Contact phone _____

Value of security: _____

Unsecured _____

| Part 2: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X ___**/s/ Zheng Heng Zheng**___                    X ___**/s/ Yue Xi Dong**___
Signature of Debtor 1                                 Signature of Debtor 2

Date   **06/02/2025**                                Date   **06/02/2025**
       MM / DD / YYYY                                        MM / DD / YYYY